UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE QUICK, | : | |
| Petitioner, | : | Civil Action No.:   06-1841 (RMU) |
| v. | : | |
| UNITED STATES PAROLE COMMISSION, | : | |
| Respondent. | : | |

### ORDER

It is this 11th day of January, 2007,

**ORDERED** that the respondent file a written response to the petitioner's motion for post-conviction relief under 28 U.S.C. § 2241 within 15 days of this order, and it is

**FURTHER ORDERED** that the petitioner shall file a reply brief within 7 days of the respondent's response.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge