UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BILLIE QUICK,** | : | Civil Action No. 06-1841(RMU) |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION,** | : | |
| Respondent | : | |

### UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a 30 day enlargement of time, until February 26, 2007, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus. In support of this motion, the United States states:

1. The petitioner filed, on October 25, 2006, a pro se petition requesting a writ of habeas corpus. On January 11, 2007, the Court ordered the United States to respond by January 26, 2007.

2. In order to adequately respond to the petitioner's claims, it is necessary for the U.S. Parole Commission to obtain documents relating to the petitioner's parole history, and to research his claims. The undersigned attorney has been in contact with the U.S. Parole Commission; the staff attorney for the U.S. Parole Commission is in the process of obtaining and reviewing the petitioner's parole file.

3. The undersigned Assistant U.S. Attorney and the U.S. Parole Commission's staff

-1-

attorney have had several other briefs due during the pendency of the Court's order. The amount of time requested is reasonable in light of the undersigned's workload, the need to obtain and review the documents from the U.S. Parole Commission, and to prepare a response to the petitioner's petition. Furthermore, this is the United States' first request for an enlargement of time and the petitioner should not be unduly prejudiced by this request.

    4. Accordingly, the United States requests a 30 day enlargement of time, until February 26, 2007, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus.

    A proposed order is attached.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney
                              D.C. Bar Number 498-610

                              _____/s/_____
                              ROBERT D. OKUN
                              Assistant United States Attorney
                              Chief, Special Proceedings Division
                              D.C. Bar Number 457-078

                              _____/s/_____
                              SHERRI L. BERTHRONG
                              Assistant United States Attorney
                              Special Proceedings Division
                              D.C. Bar No. 249-136
                              Sherri.Berthrong@usdoj.gov
                              555 4th Street, N.W., Room 10-450
                              Washington, D.C. 20530
                              (202) 514-6948

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the United States' Motion has been served by mail upon the petitioner, Billie Quick, DCDC # 178-316, D.C. Correctional Treatment Facility, 1901 E. Street, S.E., Washington, D.C. 20003, this 18th day of January, 2007.

                                                _____/s/_____
                                                Sherri L. Berthrong
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BILLIE QUICK,** | : | Civil Action No. 06-1841 (RMU) |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION,** | : | |
| Respondent | : | |

**ORDER**

Upon consideration of the United States' motion for an enlargement of time within which to file a response to petitioner's <u>pro se</u> petition for writ of habeas corpus, and good cause having been shown, it is hereby **ORDERED**:

The United States shall have until February 26, 2007, within which to file its response to the petitioner's petition for writ of habeas corpus.

**SO ORDERED** this _____ day of _____, 2007

_____/s/_____
Ricardo M. Urbina
U.S. District Court Judge

Copies to:

Billie Quick
DCDC # 178-316
D.C. Correctional Treatment Facility
1901 E Street, S.E.
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530