UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE QUICK,<br>Petitioner | : | Civil Action No. 06-1841 (RMU) |
| v. | : | |
| U.S. PAROLE COMMISSION,<br>Respondent | : | FILED<br>JAN 1 8 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the United States' motion for an enlargement of time within which to file a response to petitioner's <u>pro se</u> petition for writ of habeas corpus, and good cause having been shown, it is hereby **ORDERED**:

The United States shall have until February 26, 2007, within which to file its response to the petitioner's petition for writ of habeas corpus.

**SO ORDERED** this 18th day of JANUARY, 2007

Ricardo M. Urbina
U.S. District Court Judge

Copies to:

Billie Quick
DCDC # 178-316
D.C. Correctional Treatment Facility
1901 E Street, S.E.
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530